## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Sidney Cox v.  Rockford Housing Authority, et al

Case Number: 3:21 cv 50445

An appearance is hereby filed by the undersigned as attorney for:
SIDNEY COX

Attorney name (type or print): Brandi L. Chudoba

Firm: Faulkner Spears & Chudoba, LLC

Street address: 308 West State Street, Suite 115

City/State/Zip: Rockford, IL 61101

Bar ID Number: 6282659
(See item 3 in instructions)

Telephone Number: 815-963-8050

Email Address:

Are you acting as lead counsel in this case? ☑ Yes ☐ No

Are you acting as local counsel in this case? ☐ Yes ☑ No

Are you a member of the court's trial bar? ☑ Yes ☐ No

If this case reaches trial, will you act as the trial attorney? ☑ Yes ☐ No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on November 29, 2021

Attorney signature: S/_____
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015